UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEON J. WINSBERRY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-5595** |
| **JOSEPH LUSK, ET AL.** | **SECTION: "C"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion for partial dismissal is **GRANTED**. **IT IS FURTHER ORDERED** that the plaintiff's claims based on the incidents which occurred in September of 2004 and December of 2005 be **DISMISSED WITH PREJUDICE** as prescribed.

New Orleans, Louisiana, this 19 day of February, 2008.

UNITED STATES DISTRICT JUDGE