UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEON J. WINSBERRY | CIVIL ACTION |
| VERSUS | NO. 07-5595 |
| JOSEPH LUSK, ET AL. | SECTION: "C"(3) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. In addition, the Court notes that plaintiff has failed to apprise the Court of his current address, in violation of LR 41.3.1. Therefore,

**IT IS ORDERED** that plaintiff's remaining claims are DISMISSED WITHOUT PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 18 day of May, 2008.

UNITED STATES DISTRICT JUDGE